UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSE GODINES,<br><br>               Defendant. | No. 1:15-CR-2042-SAB-3<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND DENYING MOTION FOR RELEASE |

Date of bail review hearing: 09/09/2015

    **BEFORE THE COURT** is Defendant's Second Motion to Re-Open Detention Hearing and Release Defendant on Condition (ECF No. 82) and Motion to Expedite (ECF No. 83). The Government opposes the Motion due to the unsuitability of the proposed residence. On September 9, 2015, the Court reopened the bail hearing to consider the additional proffers of the Defendant and arguments of counsel.  18 U.S.C. § 3142(f).

    The Court has considered this additional information, which includes a newly proposed residence of his aunt and uncle, and evaluated the four factors outlined in 18 U.S.C. § 3142(g) to decide whether there were conditions of release that would reasonably assure the Defendant's appearance in court and the safety of the community: (1) the nature and circumstances of the offense; (2) the weight of evidence against the Defendant; (3) the history and characteristics of the Defendant; and (4) the nature and seriousness of the danger the Defendant would

ORDER ~ 1

present to the community if released. The Court finds that these factors, as set forth orally by the Court, weigh in favor of the Defendant's continued detention.

The Court finds a preponderance of the evidence remains that there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Defendant as required, and furthermore by clear and convincing evidence there are no conditions or combination of conditions other than detention that will ensure the safety of the community.

**ACCORDINGLY IT IS ORDERED:**

1. The Defendant's Motion to Expedite (**ECF No. 83**) is **GRANTED** and Defendant's Motion for Release (**ECF No. 82**) is **DENIED**.  Defendant shall remain held in detention pending disposition of this case or until further order of the court.

2. If the Defendant seeks review of this Order pursuant to 18 U.S.C. § 3145(b), attorney for Defendant shall file a written motion for revocation or amendment of this Order within ten (10) days before the district judge to whom this case is assigned and note it for hearing at the earliest possible date.  Both parties are responsible to ensure the motion is determined promptly.

**DATED** September 9, 2015.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2