# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2019

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Jose Luis Godines
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian
Docket No: 1:15CR02042-SAB-3

## PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Jose Luis Godinez to travel out of the country.

Respectfully submitted by,

s/Phil Casey            10/07/2019
Phil Casey              Date
U.S. Probation Officer

## THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X  **Approves travel request**
[  ] **Denies travel request**
[  ] **Other**

Signature of Judicial Officer

10/09/2019
Date